**Ayman Ali MOHAMMAD, a.k.a. Ayman Mohammad, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–72249.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Nov. 2, 2010.

Bob Platt, Esquire, Law Office of Bob Platt, Granada Hills, CA, for Petitioner.

Shelley Goad, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, LEAVY, and TALLMAN, Circuit Judges.

MEMORANDUM **

Ayman Ali Mohammad, a native and citizen of Jordan, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his adjustment of status application. We dismiss the petition for review.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We lack jurisdiction to consider Mohammad's contentions regarding the denial of his I–130 visa petition as they pertain to the BIA's August 27, 2007, order, and this petition for review is not timely as to that order. *See* 8 U.S.C. § 1252; *Singh v. INS,* 315 F.3d 1186, 1188 (9th Cir.2003).

**PETITION FOR REVIEW DISMISSED.**